IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| BARBARA EICHHOLZ, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 11-4084-CV-C-MJW |
| SECURA SUPREME INSURANCE COMPANY, | ) |
| Defendant. | ) |

## ORDER

Pursuant to the November 14, 2013 opinion and judgment of the United States Court of Appeals for the Eighth Circuit,

IT IS ORDERED that judgment is entered in favor of defendant Secura Supreme Insurance Company. [55, 56]

Dated this 6th day of December, 2013, at Jefferson City, Missouri.

/s/ *Matt J. Whitworth*
MATT J. WHITWORTH
United States Magistrate Judge